# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

      v.                                      Crim. No. 5:09-CR-7-1BR

STEVEN ELLINGTON

      On Tuesday, September 8, 2009, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                           Respectfully submitted,

                                                           /s/Michael C. Brittain  
                                                           Michael C. Brittain  
                                                           Senior U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

      Dated this \_\_\_\_4th\_\_\_\_ day of \_\_\_September_____, 2012.

                                                           W. Earl Britt  
                                                           Senior U.S. District Judge